Amanda Metcalf, CSBN 57177
Law Offices of Amanda Metcalf
29 Marin Bay Park Court
San Rafael, CA. 94901
Tel: 415-454-0945
Fax: 415-454-9895

Attorneys for Plaintiff
NATALIE CEDENO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE CEDENO, | U.S.D.C. Case No. C09-02287 PVT |
| Plaintiff, | **NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |
| v. | |
| FRIENDFINDER NETWORKS, INC., PENTHOUSE MEDIA GROUP, INC., VARIOUS, INC., PAUL ASHER, an Individual, CARMELA MONTI, an Individual, DOES 1-20 inclusive. | |
| Defendants. | |

**PURSUANT TO FRCP Rule 41(a)(1)(A)(i),** Plaintiff NATALIE CEDENO herewith Dismisses, without prejudice, the entirety of the above action.

Date:  June 2, 2009                                LAW OFFICES OF AMANDA METCALF

                                                                *Amanda Metcalf*_____
                                                                Amanda Metcalf
                                                                Attorneys for Plaintiff, Natalie Cedeno